124 P.3d 458

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

Yee Hop Realty, Ltd. v. Lee Lau Sam Moi .................... 25796    10/13/2005    Granted in part and denied in part    108 Hawai'i 378, 120 P.3d 277